UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOUGLAS R. DUENWALD,

                Petitioner,

    v.

STATE OF WASHINGTON,

                Respondent.

Case No. C19-0584-RAJ

ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted;

(2) Petitioner's motion for reconsideration of the Court's prior Order dismissing his federal habeas petition (Dkt. 14) is DENIED; and

(3) The Clerk is directed to send copies of this Order to petitioner and to the Honorable Mary Alice Theiler.

DATED this 5th day of November, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING PETITIONER'S
MOTION FOR RECONSIDERATION - 1